# United States Court of Appeals

## For the First Circuit

No. 07-2341

MICHELLE MONTEAGUDO,

Plaintiff, Appellee,

v.

ASOCIACIÓN DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on January, 26 2009, is amended as follows:

On p. 7, line 3 of footnote 4: Add quotation mark after "harassment."

On p. 7, line 8 of footnote 4: Add quotation mark after "AEELA."